The People of the State of New York, Respondent, v. Vincent Sisto, Appellant.—Judgment of the County Court of Kings county, convicting defendant of the crime of assault in the second degree, unanimously affirmed, pursuant to section 542 of the Code of Criminal Procedure. Appeal from intermediate orders

dismissed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.